UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA KEEVON FAULK,

    Plaintiff,

v.                                        Case No. 8:25-cv-63-WFJ-LSG

OVERLAND CONTRACTING, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1). The United States Magistrate Judge issued a report recommending the motion be denied and the complaint be dismissed with leave to amend. Dkt. 3. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). After an independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The Magistrate Judge correctly found that the complaint (Dkt. 1) fails to allege sufficient facts to state claims for relief under 1) Title VII of the Civil Rights Act for race, national origin, or sex discrimination, 2) the Genetic Information Nondiscrimination Act ("GINA"), 3) the Americans with Disabilities Act ("ADA"), 4) retaliation, 5) state law defamation, and 6) the Health Insurance Portability and Accountability Act ("HIPAA").  Dkt. 3 at 6–13.  Additionally, the complaint does not conform to the pleading standards with respect to separate "counts" and alleging facts, not sweeping conclusions.  Dkt. 3 at 4–6.

For the reasons explained in the thorough and well-reasoned Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

    1. The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and made a part of this order.

    2. Plaintiff's motion to proceed *in forma pauperis* (Dkt.2) is denied.

    3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice and with leave to amend.  If Mr. Faulk wishes to proceed, he must file an amended complaint in compliance with the Report and Recommendation **within thirty (30) days** of the date of this Order.  Plaintiff must also file a motion to proceed *in forma pauperis*, or pay the filing fee, when any amended complaint is filed.

4. Should Plaintiff fail or choose not to timely file an amended complaint, this case will be dismissed without prejudice and closed without further notice.

**DONE AND ORDERED** at Tampa, Florida, on April 11, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*